**Dismissed and Opinion Filed September 15, 2023**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-23-00117-CV

**KEYSTONE AUTOMOTIVE OPERATIONS, INC. A/K/A KEY A O, INC.,
LKQ CENTRAL, INC., LKQ MANAGEMENT COMPANY; LKQ BEST
AUTOMOTIVE CORP.; LKQ AUTO PARTS OF NORTH TEXAS, L.P.;
LKQ PICK YOUR PART CENTRAL, LLC, LKQ HEAVY TRUCK-TEXAS
BEST DIESEL, LP; LKQ CORPORATION; KEYSTONE AUTOMOTIVE
INDUSTRIES, INC.; AND DOUGLAS BRACKNEY, Appellants**

**V.**

**TAMELA HARLAN MARBLE, INDIVIDUALLY, AND AS ANTICIPATED
REPRESENTATIVE OF THE ESTATE OF JULIUS MARBLE,
DECEASED, AND AS NEXT FRIEND OF C.M., A MINOR; AND JULIUS
DARNELL MARBLE, II, Appellees**

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-21-01573-D**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Breedlove
Opinion by Justice Breedlove

By agreed motion filed on September 8, 2023, appellants inform the Court

that the parties have settled their dispute and request dismissal of this appeal. We

grant the motion and dismiss the appeal. As agreed by the parties, costs are assessed

against the party incurring them.

/Maricela Breedlove/
MARICELA BREEDLOVE
JUSTICE

230117f.p05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

KEYSTONE AUTOMOTIVE
OPERATIONS, INC. A/K/A KEY A
O, INC., LKQ CENTRAL, INC.,
LKQ MANAGEMENT COMPANY;
LKQ BEST AUTOMOTIVE CORP.,
LKQ AUTO PARTS OF NORTH
TEXAS, L.P., LKQ PICK YOUR
PART CENTRAL, LLC, LKQ
HEAVY TRUCK-TEXAS BEST
DIESEL, LP,
LKQ CORPORATION,
KEYSTONE AUTOMOTIVE
INDUSTRIES, INC., AND
DOUGLAS BRACKNEY,
Appellants

No. 05-23-00117-CV        V.

TAMELA HARLAN MARBLE,
INDIVIDUALLY, AND AS
ANTICIPATED
REPRESENTATIVE OF THE
ESTATE OF JULIUS MARBLE,
DECEASED, AND AS NEXT
FRIEND OF C.M., A MINOR; AND
JULIUS DARNELL MARBLE, II,
Appellees

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-21-01573-
D.
Opinion delivered by Justice
Breedlove. Justices Partida-Kipness
and Reichek participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

–3–

Pursuant to the parties' agreement, it is **ORDERED** that costs are assessed against the party incurring them.


Judgment entered this 15th day of September, 2023.